IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2009 MAR 16 PM 3: 30

CLERK _____
DIST. OF GA.

UNITED STATES OF AMERICA    )
    )
vs.    )    DOCKET NO. CR107-00030-001
    )
RALPH ANTHONY STEVENS    )

## ORDER

The United States Attorney for the Southern District of Georgia has now filed a motion for reduction of sentence pursuant to Federal Rules of Criminal Procedure 35(b). On January 31, 2008, the Court sentenced the Defendant to a total of three hundred (300) months custody of the Bureau of Prisons, which term consists of two hundred forty (240) months as to Count 1 and three hundred (300) months as to Count 3, to be served concurrently, five (5) years supervised release, a $12,000 fine, and a $200 special assessment.

Upon receiving the motion, the Court heard from both the Government's attorney and defense counsel on the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter.

The Court has necessarily considered the Defendant's conduct while in the custody of the Bureau of Prisons and will continue to closely monitor his future behavior. After reviewing the motion and upon advice from the United States Probation Office, the Government's motion for a reduction of the sentence of imprisonment imposed in the Defendant's case pursuant to Federal Rules of Criminal Procedure 35(b) is hereby GRANTED.

It is the judgment of this Court that the sentence of imprisonment imposed on January 31, 2008, is hereby reduced from three hundred (300) months to two hundred four (204) months imprisonment as to each of Counts 1 and 3, to be served concurrently, resulting in a total term of two hundred four (204) months custody. All other terms shall remain in effect as originally imposed on January 31, 2008.

SO ORDERED this _____ day of March, 2009.

_____
Dudley H. Bowen, Jr.
United States District Judge