UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 13  P 2: 10

CLERK_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR 107-030 |
| | ) | |
| RALPH ANTHONY STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DIRECTING U.S. PROBATION OFFICE
TO FURNISH COPIES OF STEVENS'S PRESENTENCE
INVESTIGATION REPORT AND ADDENDA TO
UNITED STATES MAGISTRATE JUDGE**

Currently before the Court is the government's motion for the U.S. Probation

Office to furnish copies of Stevens's presentence investigation report and addenda to

the assigned Magistrate Judge in the case of Stevens v. Meeks, Case No. 8:15-cv-

002862-MGL-JDA (D.S.C.).  After consideration of all applicable facts and

circumstances,

   IT IS HEREBY ORDERED that the government's motion is granted.

This 13 day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE